UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA LONGCHAMP USA, INC,<br><br>　　　　Defendant. | Case No.  21-cv-00633-SVK<br><br>**ORDER TO SHOW CAUSE** |

　　There having been no recent activity in this case, Plaintiff is ordered to file a dismissal or statement no later than **April 19, 2022**, to show cause, if any, why the case should not be dismissed for failure to prosecute.  The Parties are ordered to appear for a hearing on this order on **April 26, 2022, at 1:30 p.m.**

　　**SO ORDERED.**

Dated: April 4, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge